```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

DESMOND GERARD WILLIAMS,           *

      Plaintiff           *

vs.                                *
                          CASE NO. 4:09-CV-33 (CDL)

MUSCOGEE COUNTY SHERIFF'S          *
DEPARTMENT,
                                *

      Defendant
                                *

## O R D E R

This matter is before the Court pursuant to an Order and Recommendation of the United States Magistrate Judge entered on March 31, 2009. No party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court.

IT IS SO ORDERED, this 21st day of May, 2009.

                                        S/Clay D. Land
                                          CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE